IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROME J. WALKER                                                    PLAINTIFF

V.                          No. 06-2018

SANDRA R. JONES                                                   DEFENDANT

## ORDER

For reasons reflected in this order and on the record at the hearing held in this case on December 4, 2006, it is hereby ordered that Defendant's Motion in Limine (Doc. 17) is GRANTED IN PART AND DENIED IN PART.

The Motion is GRANTED to the extent that: (1) any evidence regarding the existence of liability insurance is excluded; (2) the investigative police report is excluded; and (3) evidence of prior or subsequent accidents in which Plaintiff was involved are excluded; however, Plaintiff's counsel may ask the Court to consider this ruling at trial.

The Motion is DENIED as to Defendant's request to exclude statements by Plaintiff's counsel regarding his belief in the credibility of his witnesses, the culpability of the defendant or the justness of his cause, however, defense counsel may make any appropriate objections during the trial. The Motion is further DENIED as to Defendant's request to exclude evidence regarding the monetary value of the damage to the vehicles, lost wages, and expenses incurred in the construction and maintenance of Plaintiff's commercial real estate.

Finally, the Court withholds ruling on Defendant's request to exclude correspondence from Dr. William Griggs to Plaintiff's counsel until the appropriate time during trial.

IT IS SO ORDERED this 4th day of December 2006.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge